# EXHIBIT A



| Log in | Subscribe Today | Customer Service | eRegister | Today's Paper | Weather |

News | Sports | Business | **Entertainment** | Life | Opinion | Obits | Knowledge Cafe | Register Connect

CARS
JOBS
HOMES
SHOP

Celebrities | Events | Music | Disney | Movies | Dining | TV | Best of OC | Arts | OCVarsity Arts | Columns | Tickets



| HOME | ENTERTAINMENT | NEWS | BUSINESS |
| --- | --- | --- | --- |
| It's time to give us your best (of O.C.) | Your cheatin' remote: It's time for binge-viewing etiquette | Smokin' summer looms unless El Niño comes to rescue | Hot homes: Huntington Harbour 'castle' for sale -- with king |

ENTERTAINMENT

# Lucky 13's still rockin' after two decades

*The Santa Ana-based clothing label celebrates 20 years of fashion.*



Print Photo   Buy Photo                                                    1 of 16



Lindy Sue, of Ontario, wears "Striken," a stretch leopard twill 4-button halter trimmed with satin and "Tangled" stretch leopard twill pencil skirt with satin trim and train from Lucky 13.

PHOTO BY LEONARD ORTIZ, THE ORANGE COUNTY REGISTER, TEXT BY KELLI SKYE FADROSKI, THE ORANGE COUNTY REGISTER



| Cincinnatian |
| --- |
| 2 rooms left |
| ★★★★ |
| $102   View |

| Hilton Cincinnati Netherland Plaza |
| --- |
| 4 rooms left |
| ★★★★ |
| $127   View |

**MOST POPULAR**

Joel Kotkin: Pandering to the minority vote

1 killed in crash on Ortega Highway in San Juan Capistrano

2 injured in Huntington Beach crash

Santa Ana sees spate of homicides

Corona man dies in early-morning 91 crash

By KELLI SKYE FADROSKI / THE ORANGE COUNTY REGISTER
Published: Aug. 30, 2011 Updated: Aug. 21, 2013 1:17 p.m.

In 1991, Bobby Kloetzly, Arnie Sakamoto and a few of their friends started Lucky 13 out of a building in Westminster. Twenty years ago, Kloetzly says the guys had no idea what they were doing, they just knew wanted to start a clothing line that created gear that fit the lifestyles of their friends who were musicians, tattoo artists and guys who liked to wrench on hot rods and vintage motorcycles.

Lucky 13 has become a staple in Southern California, especially in the punk rock, psychobilly and rockabilly music scenes. The label has had a strong presence for years at the annual Hootenanny festival, held every summer at Oak Canyon Ranch in Irvine, as well as the Musink Tattoo Convention and Music Festival which takes place at the OC Fair & Event Center in Costa Mesa in March.

Last month, the company held a 20th Anniversary bash, themed "Tiki Highway," at Don the Beachcomber's in Huntington Beach. The day-long event included a classic car and motorcycle show, tiki carvings, tattoo artists, burlesque shows, original artwork on display, pin-up girls and performances by local rockabilly acts. More than 2,000 people showed up to the shindig, according to Lucky 13 marketing director Heath Cofran.

"It was insane," he says during a recent interview. "We just love representing the lifestyle and that was us giving back, by putting on this type of event for free and having everyone come down to celebrate Lucky 13."

Cofran, who has now been with the company for 11 years, says that before he was actually employed by the label his band, Huntington Beach-based pop/punk outfit Mind Driver, was sponsored by Lucky 13 and would often receive free clothes. Wanting to work at the label so badly, he bugged Kloetzly religiously to hire him.

"I kept hitting him up for a job and he said 'no, no, no' for four years and then eventually he gave me a job," he says with a slight laugh.

Now based in a large warehouse in Santa Ana, Lucky 13 runs like a well-oiled machine, with about 80 percent of the total manufacturing happening on-site. It's not much to look at from the outside, but once through the doors, its reception area is welcoming, bright and fun with numerous tiki sculptures scattered around the room, vibrant wall colors and, of course, giant posters of models sporting its signature swag.

Lucky 13's style, for women, includes pin-up and 1920s-'40s style dresses in various colors and patterns, pencil skirts, halter tops and button-up cardigans. For men, the fashion features a lot of collared work or bowling shirts in various colors and patterns that include embroidery. T-shirts and tanks include traditional style tattoo flash such as skulls, roses, crosses, vintage pin-up girls, anchors, cars, motorcycles, guitars and more. Lucky 13 even designs clothing for babies, tweens and toddlers.

The latest venture for Fall/Winter is western-style shirts in several patterns – including some plaids – dubbed "Vintage Americana." For women, sales manager Shannon Ford says that the label is building on its best-selling dresses and offering pieces in a wider variety of colors and styles and even introducing new plus-sizes into the Fall/Winter catalog.



**MUST-SEE PHOTOS**

**Cal State Fullerton celebrates 55th annual commencement**

**ARTS & ENTERTAINMENT**

 **Tim McGraw does it up big in Irvine**

 **Doheny Blues' second day outshines first**

 **Heggie's 'The Radio Hour' works**

 **Teller will make magic at South Coast Rep**

"We're expanding, but also staying true with what we have always offered, we're going slightly higher end as well," she adds.

Ford, who has been with Lucky 13 for about a year and a half, says that the appeal of the line is that it's very much classic.

"It's very much American," she says. "I think it's something that appeals to a lot of different people of different ages and with classic cars – what guy doesn't think that classic cars are cool? That's something that my 12-year-old nephew thinks is great and something that my 60-year-old father is into. I can take them both Lucky 13 (merchandise) and they both love it."

Lucky 13's headquarters also has a band room, so when artists such as Bouncing Souls, Face to Face, Dropkick Murphys or Nekromantix – all of which have had merchandise designed by the company – decide to stop by, they have a place to chill and even do a small performance if they feel like it. Upon a recent visit to the warehouse the Chop Tops, a rockabilly trio from Santa Cruz, were hanging out – sporting Lucky 13 gear from head to toe and rehearsing a few songs.

Guitarist Shelby Legnon, bassist Brett Black and vocalist and drummer Sinner say that they have always worn Lucky 13, even before they started getting it for free, and that the clothing line hit the mark on truly understanding and respecting the rockabilly/psychobilly culture in general.

Two decades in business is no small feat. Kloetzly admits there were some rough patches and even he can't believe they've come upon the 20-year mark.

"I definitely wasn't expecting to make it this far," he says. "Not that we had any goal in mind in particular, but that we did make it through a couple of tough times with this company is pretty exciting. All of a sudden we realize 'Hey, it's our 20th year this year' and we needed to do something about it. So we've had a couple of events and we're making a couple of limited edition items and we're having a lot of fun with it. There are a lot of people that have been with us along this road and everyone is kind of shaking their heads at the same time going, 'Wow, where did the time go?' Twenty years, just like that."

For Ford, it's the family-like atmosphere and that everyone on the payroll truly enjoys the product that seems to be the glue holding everything together.

"I'm definitely very proud of us," she says. "It's the American dream to start a company and have a company as cool as this one and as fun as this one is to work for. We all enjoy coming to work every day. It's great to be a part of something where you have success and longevity and you feel like you'll be here another 20 years."

Contact the writer: 714-796-3570 or kfadroski@ocregister.com

Comics | Horoscope | Puzzles & Games

**More from this story**



SLIDE SHOW:
Lucky 13's still rockin' after two decades
16 Photos »

**WHAT DO YOU THINK?**

Which consumer brand has a new ad campaign themed "Beat Average"?

○ Foot Locker
○ Nike
○ Dick's Sporting Goods
○ I don't know
○ Life Fitness
○ GNC

[Submit]



Today's Advertisements
**Premier Chevrolet**
PREMIER CHEVOLET ALL NEW 2015 CHEVROLET TAHOE & SUBURBAN IN STOCK FOR IMMEDIATE j DELIVERY!
**Buena Park Raceway**
Finest Solot Car Racing in OC! Come Play & See if you can beat your Buddies! Buy 30 minutes of track time and you get 15 minutes of track time FREE! (With this ad!) Gat the Competitive Edge! Don't be left In the dust! Race cats, parts, kits & more for sale! • Birthday Parties • One on One • Team Building • Special Events • Hobby Time • Fun! Fun! Fun! • Webcasts • Skill Building • Rentals RACEWAY BUENA PARK RACEWAY 6161 Lincoln Ave Buena Park, CA 90620 714-827-9979 • bpraceway.com bpraceway@yahoo.com HOURS: W-F 3pm -9:30pm • Sat 8am-1 0pm • Sun. 11 -7pm
**Hardin Hyundai**

### MORE FROM FEATURES

**Tim McGraw strikes a balance on the road**
The actor, husband, father and country superstar's Sundown Heaven Town Tour rolls into Southern California



this weekend ahead of a new album and movie.



### Raising Danity Kane, again
With no Diddy in the picture this time around, the former MTV stars, now a quartet, say they're freer to create. They arrive this weekend to play the Grove.



### Failure finds success in a new millennium
The L.A. band kicks off its first headlining tour in 16 years after celebrating 'Cinquanta' this weekend with A Perfect Circle and Puscifer at the Greek Theatre.

COMMENTS | PRINT | EMAIL | SEND PDF |    SHARE



### Recommended for You

▶ Joel Kotkin: Pandering to the minority vote
▶ Brothers get 50 years for molesting neighbor...
▶ Murrieta woman killed in crash on Ortega Highway
▶ Costa Mesa official at center of $518,000 city...



**Hawthorn Suites by Wyndham Cincinnati**
2 rooms left
★★★
$62    [View]

**Livinn Cincinnati North Sharonville**
4 rooms left
★★★
$70    [View]

-- SPONSORED LINK --
MH370: Inmarsat hints Malaysia delayed data on plane's location -...
(From DailyMe.com)

Powered by newstogram

WE WILL BEAT ANYONES'S ADVERTISED PRICE! ALL NEW 2014 HYUNDAI ACCENT STARTING AS LOW AS NET COST ALL NEW 2014 HYUNDAI ELANTRA SE STARTING AS LOW AS NET COST 11.900 14.170 OR LEASE FOR 48 PER MONTH PLUS TAX OR LEASE FOR $58 all new 2013 hyundai sonata gls starting as low as net cost $16.154 or lease for $98 all new 2014 hyundai ticson gls starting as low as net cost $18,908 all new 2013 hyundai sonota limited starting as low as net cost $19,454 all new 2013 hyundai genesis coupe starting as low as net cost $19,914 or lease for $199 all new 2014 hyundai sonata hybrid starting as low as net cost $20,909 or lease for $199 all new 2013 hyundai santa fe turbo sport premiun starting as low as net cost $24,854 all new 2013 hyundai genesis sedan starrting as low as net cost $25,905 or lease for $299 all new 2013 hyundai equus signature starting as low as net cost $52,094 Hardin HYUNDAI 714-299-0769 1271Auto Center Drive,Anaheim www.hardinhyundai.com

**The School of Sailing & Seamanship**
The School of SAILING & SEAMANSHIP \Orange Coast College 1801 W. Coast Hwy., Newport Beach, CA 92663 Classes for Adulls and Youfh •LEARN TO SAIL• DIESEL MAINTENANCE •NAVIGATION • POWERBOAT OPERATION •USCG LICENSING • JUNIOR SAILING CAMPS www.occsailing.com • 949-645-9412

**Assistance League Irvine**
AL YOUNG MASTERS™ ART SHOW assistance league* Join ASSISTANCE LEAGUE OF IRVINE for a Day of Family Fun! Saturday, May 3rd 11:00-4:00pm • Free hands-on arts & crafts 9 Art exhibit • Live music • Balloon artists • Refreshments • Open to all Irvine City Hall Courtyard (corner of Alton Pkwy & Harvard Ave) www.irvine.assistanceleague.org
View All of Today's Ads

## Join the conversation

Comments are encouraged, but you must follow our User Agreement

Keep it civil and stay on topic. No profanity, vulgarity, racial slurs or personal attacks. People who harass others or joke about tragedies will be blocked. By posting your comment, you agree to allow Orange County Register Communications, Inc. the right to republish your name and comment in additional Register publications without any notification or payment.

Add a comment...

[Comment]

Warning: this comments plugin is operating in compatibility mode, but has no posts yet. Consider specifying an explicit 'href' as suggested in the comments plugin documentation to take advantage of all plugin features.

Facebook social plugin



Home | News | Sports | Business | Entertainment | Life | Travel | Opinion | Real Estate | Jobs | Cars | Deals | Classifieds | Place An Ad                    **Return to Top**

ADVERTISE OPTIONS        CONTACT OCREGISTER        OCR SERVICES        NEWS YOUR WAY        ADVERTISING        PARTNERS
Self Service                    About Us                    Archives            Blogs                Classifieds            KDOC-TV

| | | | | | |
|---|---|---|---|---|---|
| Place an Online Ad | Careers | Buy Our Photos | E-Mail Newsletters | Cars | MSNBC |
| Place a Print Ad | Contact Us | California Lottery | E-Register | Deals | OC Excelsior |
| Place a Classified Ad | Corrections | Deals | Mobile | Jobs | Coast Magazine |
| Media Kit | Customer Service | Register Connect | RSS | Real Estate | OC Register Magazine |
| Advertising Contact Info | Subscribe Today | Register in Education | Article Map | Place a Classified Ad | OrangeCounty.com |
| | Upgrade to 7-days | Obituaries | Site Map | View our Media Kit | Freedom Printing |
| | Subscriber Services | Facebook Comments FAQs | Video | | OC Register Family |
| | Site Help | Higher Education | | | OC Register Metro |
| | Site Feedback | Tickets | | | Southland Golf |

**ORANGE COUNTY REGISTER**

Copyright © 2014 Orange County Register. All Rights Reserved.

Privacy Policy | Site Help | User Agreement | Site Map