UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV14-00782-CJC (DFMx) | Date | June 2, 2015 |
|---|---|---|---|
| Title | Blue Sphere, Inc., et al. v. Taylor A. Swift, et al. | | |

| Present: The Honorable | Douglas F. McCormick |
|---|---|

| Terri Steele | CS 06/02/2015 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Justin Klaeb | Tamany Vinson Bentz |

**Proceedings:**   (In Court) Hearing on Plaintiffs' Motion to Compel Responses to Requests for Production and Interrogatories [Dkt. 41]

Case called. Appearances made. Argument held. Counsel are ordered to meet and confer on remaining issues and excused from the proceedings. After meet and confer session, the case is recalled. Continued discussion held. The Court orders as follows:

Swift RFP No. 9; AG RFP No. 9; Swift RFP No. 68; AG RFP No. 56: The Court finds that these RFPs are reasonably calculated to lead to the discovery of admissible evidence, especially given Plaintiff's offer to limit the scope of its RFPs to documents from 2011 to the present. As so modified, Plaintiff's motion with respect to these RFPs is GRANTED. Defendants are ordered to produce the responsive documents within fourteen (14) days of the date of this order.

Swift RFP No. 15; AG RFP No. 15: After the additional meet-and-confer session, the Court adopted Defendants' proposed compromise to produce all agreements that were in force in 2013. As so modified, Plaintiff's motion with respect to these RFPs is GRANTED. Defendants are ordered to produce the responsive documents within fourteen (14) days of the date of this order.

AG RFP No. 47, Swift RFP No. 83, AG RFP No. 69, Swift RFP No. 84, and AG RFP No. 71: The Court finds that these RFPs are reasonably calculated to lead to the discovery of admissible evidence. Accordingly, Plaintiff's motion with respect to these RFPs is GRANTED and Defendants are ordered to produce the responsive documents within fourteen (14) days of the date of this order.

Swift RFP No. 47; AG RFP No. 38; Swift RFP No. 57; AG RFP No. 46; Swift RFP No. 51; AG RFP No. 41; Swift RFP No. 41; AG RFP No. 35: After the additional meet-and-confer session, the Court adopted Defendants' proposed compromise to produce information about products and pricing in all of 2013. As so modified, Plaintiff's motion with respect to these RFPs is

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV14-00782-CJC (DFMx) | Date | June 2, 2015 |
|---|---|---|---|
| Title | Blue Sphere, Inc., et al. v. Taylor A. Swift, et al. | | |

GRANTED and Defendants are ordered to produce the responsive documents within fourteen (14) days of the date of this order.

    Swift RFP No. 32; AG RFP No. 28; AG RFP No. 44; Swift RFP No. 63; AG RFP No. 55: The Court finds that these RFPs are reasonably calculated to lead to the discovery of admissible evidence. Accordingly, Plaintiff's motion with respect to these RFPs is GRANTED and Defendants are ordered to produce the responsive documents within fourteen (14) days of the date of this order.

    Swift RFP No. 91; AG RFP No. 78; Swift RFP No. 92; AG RFP No. 79; Swift RFP No. 94; AG RFP No. 80; AG RFP No. 81: The parties reached an agreement about these discovery requests which they stated on the record.

    Each side to bear its own fees and costs.

|  | : | 33 |
|---|---|---|
| Initials of Clerk | ts | |