VENABLE LLP
J. DOUGLAS BALDRIDGE (*pro hac vice*)
Email:   jbaldridge@venable.com
ANDREW T. HERNACKI (*pro hac vice*)
Email:   athernacki@venable.com
575 7th Street, NW
Washington D.C., 20004
Telephone: (202) 344-4703
Facsimile: (202) 344-8300

TAMANY VINSON BENTZ (SBN 258600)
Email:   tjbentz@venable.com
2049 Century Park East, Suite 2100
Los Angeles, CA  90067
Telephone:   (310) 229-9900
Facsimile:   (310) 229-9901

Attorneys for Taylor Nation, LLC, et al.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| BLUE SPHERE, INC., a California Corporation doing business as LUCKY 13, and ROBERT A. KLOETZLY, an individual,<br><br>                            Plaintiffs,<br><br>              v.<br><br>TAYLOR A. SWIFT, an individual, TAYLOR NATION, LLC, a Tennessee Limited Liability Company, TAYLOR SWIFT PRODUCTIONS, INC., a Tennessee Corporation, SWIFT MERCHANDISING, INC., a Tennessee Corporation,  TAS RIGHTS MANAGEMENT, LLC, a Tennessee Limited Liability Company, and AMERICAN GREETINGS CORPORATION, an Ohio Corporation.<br><br>                            Defendants. | CASE NO. 8:14-cv-00782<br><br>Honorable Cormac J. Carney<br><br>**DEFENDANTS' APPLICATION TO FILE UNDER SEAL**<br><br>Complaint Filed: May 20, 2014<br>Trial: January 19, 2016 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT pursuant to Local Rule 79-5.1 and the Protective Order in this matter (Document 40), Defendants Taylor Nation, LLC, Taylor Swift Productions, Inc., Swift Merchandising, Inc., TAS Rights Management, LLC, and Taylor A. Swift (collectively the "Swift Defendants"), will and hereby do respectfully apply for permission to file their Opposition to Plaintiffs' Ex Parte Application under seal and publically file a redacted version of the document.

Defendants file this application because, as discussed below, the documents at issue contain information designated "Confidential" under the Protective Order in this action.

## ARGUMENT

Courts have "broad latitude to grant protective orders to prevent disclosure of material for many types of information, including, *but not limited to*, trade secrets or other confidential research, development, or commercial information." *Philips Ex rel. Estates of Bryd v. Gen. Motors Corp.*, 307 F.3d 1206, 1211 (9th Cir. 2002) (emphasis in original). Further, [a]pplying a strong presumption of access to documents a court has already decided should be shielded from the public would surely undermine, and possibly eviscerate, the broad power of the district court to fashion protective orders. *Id.* at 1213. The Protective Order in this action defines precludes the public disclosure of information that has been designated "confidential." Document 40 at 1-2.

Good cause exists to permit Defendants to file their Opposition under seal and file a redacted version of the document publicly. Defendants' Opposition contains portions of the transcript from the August 12, 2015 Telephonic Hearing held before Magistrate Judge McCormick, which Judge McCormick ordered sealed based on the stipulation of the parties. Document 73.

## CONCLUSION

Given the Protective Order in this action and Magistrate Judge McCormick's order sealing the hearing transcript, Defendants respectfully request that the Court grant their application to file under seal and publically file a redacted version of Defendants' Opposition to Plaintiffs' Ex Parte Application.

DATED: August 26, 2015  VENABLE LLP

By: /s/ Tamany Vinson Bentz
J. Douglas Baldridge
Tamany Vinson Bentz
Andrew T. Hernacki
Attorneys for Defendants Taylor Nation, LLC, Taylor Swift Productions, Inc., Swift Merchandising, Inc., TAS Rights Management, Taylor A. Swift, and American Greetings Corporation