1
2
3
4
5
6
7
8
9
10
11

12          **UNITED STATES DISTRICT COURT**

13      **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

14

15   BLUE SPHERE, INC., a California      CASE NO.:  8:14-cv-00782 CJC-DFM
     Corporation doing business as
16   LUCKY 13, and ROBERT A.             Hon. Cormac J. Carney
     KLOETZLY, an individual,
17                                        **ORDER GRANTING PLAINTIFFS'**
                   Plaintiffs,            **APPLICATION TO FILE UNDER**
18                                        **SEAL BRIEF IN OPPOSITION TO**
                   vs.                    **DEFENDANTS' MOTION TO**
19                                        **AMEND SCHEDULING ORDER**
     TAYLOR A. SWIFT, an individual,
20   TAYLOR NATION, LLC, a
     Tennessee Limited Liability
21   Company, TAYLOR SWIFT
     PRODUCTIONS, INC., a
22   Tennessee Corporation, SWIFT
     MERCHANDISING, INC., a
23   Tennessee Corporation, TAS
     RIGHTS MANAGEMENT, LLC, a
24   Tennessee Limited Liability
     Company, AMERICAN
25   GREETINGS CORPORATION, an
     Ohio Corporation; et al.,
26
                   Defendants.
27

28

          **ORDER RE: APP. TO FILE OPPOSITION BRIEF UNDER SEAL**

1  Having considered Plaintiffs' Application to File Under Seal Brief in
2  Opposition to Defendants' Motion to Amend Scheduling Order ("Application"),
3  and good cause being shown therefor, IT IS HEREBY ORDERED that Plaintiffs'
4  Application is hereby GRANTED as follows:

5  (1) Plaintiffs are permitted to publically file a redacted version of Plaintiffs'
6  Brief in Opposition to Defendants' Motion to Amend Scheduling Order.
7  The redactions shall be limited to information ruled sealed or designated
8  under the Protective Order in this action.

9  (2) The Clerk is directed to accept the under seal filing of the unredacted
10  version of Plaintiffs' Brief in Opposition to Defendants' Motion to
11  Amend Scheduling Order and to provide a conformed copy thereof.

12
13  **IT IS SO ORDERED.**
14
15
16  Dated: August 26, 2015
    _____
    Honorable Cormac J. Carney
17  United States District Judge
18
19
20
21
22
23
24
25
26
27
28

**ORDER RE: APP. TO FILE OPPOSITION BRIEF UNDER SEAL**