Mark L. Skaist (SBN 156090)
  mskaist@SYCR.com
Jason de Bretteville (SBN 195069)
  jdebretteville@SYCR.com
STRADLING YOCCA CARLSON & RAUTH, P.C.
660 Newport Center Drive, Suite 1600
Newport Beach, California 92660
Telephone: (949) 725-4000
Facsimile: (949) 823-5094

Justin Klaeb (SBN 254035)
  jklaeb@SYCR.com
STRADLING YOCCA CARLSON & RAUTH, P.C.
100 Wilshire Blvd., 4th Floor
Santa Monica, California 90401
Telephone: (424) 214-7000
Facsimile: (424) 214-7010

Attorneys for Plaintiffs Blue Sphere, Inc. doing business as Lucky 13 and Robert A. Kloetzly

Gary J. Rinkerman (*Pro Hac Vice*)
  Gary.Rinkerman@dbr.com
Brian A. Coleman (*Pro Hac Vice*)
  Brian.Coleman@dbr.com
DRINKER BIDDLE & REATH LLP
1500 K Street, N.W.
Washington, DC 20005-1209
Telephone: (202) 842-8868
Facsimile: (202) 842-8465

Attorneys for Plaintiffs
Blue Sphere, Inc. doing business as Lucky 13 and Robert A. Kloetzly

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUE SPHERE, INC., a California Corporation doing business as LUCKY 13, and ROBERT A. KLOETZLY, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>TAYLOR A. SWIFT, an individual, TAYLOR NATION, LLC, a Tennessee Limited Liability Company, TAYLOR SWIFT PRODUCTIONS, INC., a Tennessee Corporation, SWIFT MERCHANDISING, INC., a Tennessee Corporation, TAS RIGHTS MANAGEMENT, LLC, a Tennessee Limited Liability Company, AMERICAN GREETINGS CORPORATION, an Ohio Corporation; et al.,<br><br>Defendants. | CASE NO.: 8:14-cv-00782 CJC-DFM<br><br>Hon. Cormac J. Carney<br><br>**STIPULATION OF DISMISSAL OF ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41**<br><br>Complaint Filed May 20, 2014<br><br>Trial: January 19, 2016 |

The parties have entered into a settlement agreement concerning all claims in this action. Accordingly:

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective attorneys of record, that: (i) all remaining claims for relief in the First Amended Complaint (Dkt. No. 11) are voluntarily dismissed with prejudice against all defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and (ii) each party shall bear its own attorneys' fees and costs incurred in connection with this action, including but not limited to such attorneys' fees and costs relating the third claim for relief dismissed by prior stipulation dated July 13, 2015 (Docket No. 49) and corresponding Order dated July 14, 2015 (Dkt. No. 50).

ACCORDINGLY, the parties hereby stipulate to and ask the Court to enter the attached [Proposed] Order of Dismissal of Action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: November 6, 2015　　STRADLING YOCCA CARLSON & RAUTH, P.C.

By: */s/ Justin Klaeb*
Jason de Bretteville
Justin Klaeb
Attorneys for Plaintiffs

Dated: November 6, 2015　　VENABLE LLP

By: */s/ Tamany Vinson Bentz*
J. Douglas Baldridge (*pro hac vice*)
Tamany Vinson Bentz
Andrew T. Hernacki (*pro hac vice*)
Attorneys for Defendants

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
SANTA MONICA

-1-
**STIPULATION OF DISMISSAL OF ACTION**
LITIOC/2126683v1/102261-0094

**CERTIFICATION PURSUANT TO LOCAL RULE 5-4.3.4(A)(2)(I)**

I hereby certify that the content of this document is acceptable to Tamany Vinson Bentz, counsel for Defendants, and I have obtained her authorization to affix her electronic signature to this document.

By:   */s/ Justin Klaeb*

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
SANTA MONICA

-2-

**STIPULATION OF DISMISSAL OF ACTION**

LITIOC/2126683v1/102261-0094