JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUE SPHERE, INC., a California Corporation doing business as LUCKY 13, and ROBERT A. KLOETZLY, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>TAYLOR A. SWIFT, an individual, TAYLOR NATION, LLC, a Tennessee Limited Liability Company, TAYLOR SWIFT PRODUCTIONS, INC., a Tennessee Corporation, SWIFT MERCHANDISING, INC., a Tennessee Corporation, TAS RIGHTS MANAGEMENT, LLC, a Tennessee Limited Liability Company, AMERICAN GREETINGS CORPORATION, an Ohio Corporation; et al.,<br><br>Defendants. | CASE NO.: 8:14-cv-00782 CJC-DFM<br><br>**ORDER OF DISMISSAL OF ACTION** |

Before the Court is the parties' Stipulation of Dismissal of Action Pursuant to Federal Rule of Civil Procedure 41. Good cause appearing therefor, the stipulation is GRANTED, as follows:

All remaining claims for relief in the First Amended Complaint (Dkt. No. 11) are hereby DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Each party shall bear its own attorneys' fees and costs incurred in connection with this action, including but not limited to such attorneys' fees and costs relating the third claim for relief dismissed by prior stipulation dated July 13, 2015 (Docket No. 49) and corresponding Order dated July 14, 2015 (Dkt. No. 50).

**IT IS SO ORDERED.**

DATED: November 9, 2015

_____
Cormac J. Carney
United States District Judge